In the Matter of COPLIN YARAS, Appellant. CITY OF ALBANY, Respondent.

Argued February 25, 1955; decided March 11, 1955.

*Ernest B. Morris* for appellant.

*Harold E. Koreman, Corporation Counsel (Samuel Jacobs* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.